No. —, original. Ex parte HAGMAN. May 18, 1936. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. Axel Hagman, pro se.*

No. —, original. Ex parte TEGTMEYER. May 18, 1936. The application for leave to file petition for writ of habeas corpus is denied. *Mr. William Chones* for petitioner.

No. —, original. Ex parte RUBIN. May 18, 1936. The application for leave to file petition for writ of habeas corpus is denied. *Mr. Lloyd Rubin, pro se.*

Nos. —, original (2 cases). Ex parte FOX. May 18, 1936. The motion for leave to file petition for writs of certiorari is denied. *Mr. Benjamin Reass* for petitioner.

No. 2, original. VERMONT *v.* NEW HAMPSHIRE. May 18, 1936. The application for the appointment of a Special Commissioner to locate and mark additional points on the boundary is granted and Samuel S. Gannett, Esq., is appointed Special Commissioner for that purpose.

No. 13, original. NEBRASKA *v.* WYOMING. May 18, 1936. The answer and cross bill of the State of Colorado is ordered to be filed and leave is granted to the States of Nebraska and Wyoming to answer within 60 days.

No. 270. PRUDENCE COMPANY, INC. *v.* FIDELITY & DEPOSIT CO. ET AL. May 18, 1936. It is ordered that the mandate of this Court in the above-entitled cause on file in the District Court of the United States for the